

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-18-00218-CV

**EX PARTE** Jake Alexander **GARCIA**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21969
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's brief was due June 6, 2018. Neither the brief nor a motion for extension of time has been filed. We, therefore, ORDER appellant to file, on or before **July 23, 2018**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court